IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN DAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RESURGENT CAPITAL SERVICES, LP,<br><br>　　　　　Defendant. | **4:12CV3157**<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the parties' joint stipulation for dismissal, (filing no. 10), and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

October 17, 2012.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge